**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                              NO. 4:13CR00290-01 KGB

BLAKE JOHNSON                                                                                           DEFENDANT

## ORDER

Defendant Blake Johnson was committed to the custody of the Attorney General for a mental evaluation on January 24, 2014. The Court received the written forensic evaluation of defendant on May 27, 2014, and filed the evaluation report under seal (Dkt. No. 34).

Any response to the forensic evaluation must be filed within fourteen (14) days from the date the forensic examination report is received by the Court and the parties. Any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and citation to supporting authorities. If no motions are filed within fourteen (14) days of the date of this Order, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.

To date, no motions in opposition or requests for hearing have been filed. In the event counsel for the government or defendant disputes the findings in the forensic evaluation report, a motion for hearing or motion in opposition to the report, including a concise statement of opposition to the report and citation to supporting authorities, must be filed by September 22, 2014. If no motions are filed, the Court will enter an Order based on the conclusions set forth in the report.

IT IS SO ORDERED this 8th day of September, 2014.

*Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE