**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

v.                 **Case No. 4:13CR00290-01 KGB**

**BLAKE JOHNSON**                                                             **DEFENDANT**

## ORDER

     Defendant Blake Johnson was committed to the custody of the Attorney General for a mental evaluation on January 24, 2014. The Court received the written forensic evaluation of defendant on May 27, 2014, and filed the evaluation report under seal (Dkt. No. 34). Copies of the report were provided to counsel for the United States and counsel for Mr. Johnson. In a Joint Status Report, the United States and Mr. Johnson indicate they do not object to the findings in the evaluation report and do not intend to request a hearing on the report (Dkt. No. 38).

     No opposition to the psychiatric report has been filed, and no hearing has been requested. Therefore, having carefully reviewed the evaluation report, the conclusions stated in the report are adopted as the conclusions and findings of the Court.

     IT IS SO ORDERED this 18th day of September, 2014.

                                                         _____
                                                         KRISTINE G. BAKER
                                                       UNITED STATES DISTRICT JUDGE